No. 356. VINTON PETROLEUM Co. *v.* COMMISSIONER OF INTERNAL REVENUE. December 17, 1934. Petition for rehearing denied. See *ante,* p. 601.

No. 55. HAMILTON ET AL. *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. January 7, 1935. Petition for rehearing denied. See *ante,* p. 245.

No. 60. INDIANA FARMER'S GUIDE PUBLISHING Co. *v.* PRAIRIE FARMER PUBLISHING Co. ET AL. January 7, 1935. Petition for rehearing denied. See *ante,* p. 268.

No. 520. PACIFIC FIRE INSURANCE Co. *v.* PENNSYLVANIA SUGAR Co. January 7, 1935. Petition for rehearing denied. See *ante,* p. 623.

No. 158. NORPHLET SCHOOL DISTRICT No. 50 *v.* EL DORADO SCHOOL DISTRICT No. 15 ET AL. October 1, 1934. Dismissed for failure to comply with the Rules. *Messrs. Kenneth W. Coulter, Boone T. Coulter,* and *Edward H. Coulter* for petitioner. No appearance for respondent.

No. 3. UNITED STATES *v.* SMITH ET AL. October 1, 1934. Dismissed and mandate granted on motion of *Solicitor General Biggs* for the United States.